United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 9, 2007**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30861
Summary Calendar

_____

STACEY W. BRACKENS,

Plaintiff-Appellant,

versus

GLORIA BRACKENS LEONARD;
GEORGIA MAE BRACKENS MCGOLTHEN;
TOMMY RAY BRACKENS;
DAVID LEBARON

Defendants-Appellees.

---

Appeal from the United States District Court
for the Western District of Louisiana
No. 5:05-CV-1377

---

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

PER CURIAM:[*]

In this case, brought in federal court based on diversity of citizenship, the district court correctly held that Plaintiff Stacey Brackens did not allege an amount in controversy exceeding $75,000, as required by 28 U.S.C. § 1332(a). The district court's order dismissing the case for lack of subject matter jurisdiction is therefore **AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.